THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LEVI ROYSTER, Defendant-Appellant.

(No. 54689; 

First District—May 10, 1971.

*Abstract of Decision*

Opinion by Mr. PRESIDING JUSTICE BURKE.

Gerald W. Getty, Public Defender, of Chicago, (Saul H. Brauner, Ronald P. Katz, and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Thomas M. Walsh, Assistant State's Attorneys, of counsel,) for the People.